UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN AMAREA WADE JENNINGS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA TECH CENTER LLC et al., <br><br> Defendant. | CASE NO. C23-5646-KKE <br><br> ORDER |

This matter came before the Court *sua sponte*. Plaintiff filed a Proposed Complaint on July 19, 2023. Dkt. No. 1. On July 20, 2023, the Clerk's office sent Plaintiff a letter stating that he failed to pay the required filing fee or to file an Application for In Forma Pauperis. Dkt. No. 2. The Court set an August 21, 2023, deadline for Plaintiff to correct this deficiency. *Id.* To date, Plaintiff has not complied with these instructions. Accordingly, the Court hereby ORDERS Plaintiff to cure the deficiency discussed above by no later than October 13, 2023. The Court will

ORDER - 1

dismiss this action without prejudice absent a timely response from Plaintiff.

Dated this 29th day of September, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 2