UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN AMAREA WADE JENNINGS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA TECH CENTER LLC et al., <br><br> Defendants. | CASE NO. C23-5646-KKE <br><br> ORDER OF DISMISSAL |

This matter came before the Court *sua sponte*. Plaintiff filed a Proposed Complaint on July 19, 2023. Dkt. No. 1. On July 20, 2023, the Clerk's office sent Plaintiff a letter stating that he failed to pay the required filing fee or to file an Application for In Forma Pauperis. Dkt. No. 2. The Court set an August 21, 2023, deadline for Plaintiff to correct this deficiency. *Id.* On September 29, 2023, after receiving no response from Plaintiff, the Court ordered Plaintiff to cure the filing deficiency by October 13, 2023. Dkt. No. 5. Plaintiff did not respond.

Accordingly, the Court DISMISSES this matter without prejudice for failure to prosecute.

Dated this 20th day of October, 2023.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1